UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-CR-60042-JIC

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WRIT OF HABEAS CORPUS** |
| Plaintiff, | |
| v. | |
| ELIZABETH MORAN-TOALA, | |
| Defendant. | MALE |
| | U.S Marshal# 81836-004 |

**To: Any United States Marshal, and the Warden of
FCI WILLIAMSBURG FEDERAL CORRECTIONAL INSTITUTION
8301 HIGHWAY 521, SALTERS, SC 29590**

It APPEARING that a witness in the above entitled case, **JOSE SANCHEZ**, is confined in the **FCI WILLIAMSBURG FEDERAL CORRECTIONAL INSTITUTION, 8301 HIGHWAY 521, SALTERS, SC, 29590**, and this case is scheduled for a trial, and that it is necessary for **JOSE SANCHEZ**, a witness, to be before this Court for said trial.

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said **JOSE SANCHEZ**, now detained in custody as aforesaid, under safe and secure conduct, before this Court at 299 East Broward Blvd., Fort Lauderdale, Florida 33301, before the Honorable Judge Cohn, by or before MAY 4, 2010, and upon completion of said proceedings that you return the said subject, **JOSE SANCHEZ**, with all convenient speed, under safe and secure conduct to the custody of the Warden of the Federal Detention Center, **FCI WILLIAMSBURG**, located at:

**FCI WILLIAMSBURG FEDERAL CORRECTIONAL INSTITUTION
8301 HIGHWAY 521, SALTERS, SC, 29590**

And this is to command you, the **Warden of FCI Williamsburg** to deliver into the custody of any United States Marshal, **JOSE SANCHEZ**, upon production to you of a certified copy of this Writ, the body of the said **JOSE SANCHEZ**, for safe and secure conduct to this District for the purpose aforesaid.

DONE AND ORDERED, in Ft. Lauderdale, Florida, this 9th day of APRIL, 2010.

_____
THE HONORABLE JUDGE COHN
UNITED STATES DISTRICT JUDGE

cc: U.S. Marshals Service/Federal Bureau of Prisons