UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CR-60042-JIC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ELIZABETH MORAN-TOALA, | ) |
| | ) |
| Defendant. | ) |
| _____ / | |

# SECOND RENEWED MOTION TO CONTINUE TRIAL AND REQUEST FOR ADDITIONAL TIME TO RESPOND TO THE GOVERNMENT'S MOTION TO INTRODUCE 404(b) EVIDENCE

The Defendant, ELIZABETH TOALA (hereinafter "Mrs. TOALA"), by and through the undersigned counsel, respectfully files the instant Second Renewed Motion to Continue Trial, and in support thereof proffers the following:

## I. FACTS AND PROCEDURAL POSTURE:

**ROLE ASSESSMENT:**

**Paragraph No. 13:**

Ms. TOALA objects to the instant paragraph in it's entirety, as it is inaccurate. In particular, when Ms. TOALA traveled to the Dominican Republic in June, 2006, it was for the purpose of taking a family vacation, in fact, Ms. TOALA traveled with her young son. Hence the reason for the trip initially was not to conduct a drug trafficking venture. Furthermore, Ms. TOALA did not know Juan Baez, a/k/a Anibal Acosta, had re-entered

**UNITED STATES OF AMERICA v. ELIZABETH TOALA**
**CASE NO. 09-CR-60042-JIC**

the United States using a false identity. Furthermore, Ms. TOALA did not facilitate the illegal re-entry of Juan Baez, a/k/a Anibal Acosta. Ms. TOALA was similarly unaware of the type or quantity of narcotics, nor was she aware of the full details of the scheme. Additionally, Ms. TOALA did not use her position at CBP to ensure that the couriers and illegal narcotics passed through the customs enclosure without being detected by law enforcement. Rather, Ms. TOALA did use her position at CBP to access the CBP computers and/or TECS information for certain couriers in order to determine if, for example, a particular individual identified by Juan Baez a/k/a Anibal Acosta, were on the manifest list, or, for example, on another occasion, Ms. TOALA checked the name "Anibal Acosta" to determine whether he had an outstanding warrant for child support the was outstanding.

**Paragraph No. 14:**

Ms. TOALA objects to the instant paragraph in so far as she would like to add information. In particular, Ms. TOALA would note that she checked the name Anibal Acosta at the request of Mr. Acosta, the latter who wanted to make certain he did not have an outstanding warrant for past due child support.

**Paragraph No. 16:**

Ms. TOALA objects to the instant paragraph in so far as she would like to add information. That is, Ms. TOALA placed a one (1) day look-out for courier David Rosario on March 25th, 2007, the latter which would have effectively caused David Rosario to be

MARIA ELENA PÈREZ P.A.
145 MADEIRA AVENUE • SUITE 310 • CORAL GABLES, FLORIDA 33134
TEL. (305) 461-3100 • FAX (305) 461-3444

- 2 -

**UNITED STATES OF AMERICA v. ELIZABETH TOALA**
**CASE NO. 09-CR-60042-JIC**

stopped and searched. However, because he did not have any luggage he was not sent to secondary.

**Paragraph No. 18:**

Ms. TOALA objects to the instant paragraph in so far as said paragraph implies that the fact Ms. TOALA spoke to her sister on four (4) occasions on any given date is somehow dubious and/or associated with the instant offense. However, Ms. TOALA and her sister, Cindy Moran-Sanchez spoke numerous times on any given day, sometimes on a daily basis, as they are sisters, and the numerous calls were not unusual.

**Paragraph No. 19:**

Ms. TOALA objects to the instant paragraph, as she did not provide any information to Juan Baez regarding the seizure associated with David Rosario. Ms. TOALA frequently forwarded Ms. MORAN-SANCHEZ seizure notifications.

**Paragraph No. 20:**

Ms. TOALA objects to the instant paragraph in so far as said paragraph suggests Ms. TOALA was present on the day courier David Rosario was arrested. However, Ms. TOALA was not working on the day courier David Rosario was present. Furthermore, none of the couriers have identified Ms. TOALA on a picture array as an individual known to them. More importantly, Ms. TOALA was suspended when couriers Rafael Brito, Byron Francis, and Marleni Rodriguez were arrested. As such, Ms. TOALA did not partake in the entry or search of any of the latter couriers.

**MARIA ELENA PÈREZ P.A.**
145 MADEIRA AVENUE • SUITE 310 • CORAL GABLES, FLORIDA 33134
TEL. (305) 461-3100 • FAX (305) 461-3444

- 3 -

**UNITED STATES OF AMERICA v. ELIZABETH TOALA**
**CASE NO. 09-CR-60042-JIC**

**Paragraph No. 24:**

Ms. TOALA objects to the instant paragraph in so far as said paragraph suggests Ms. TOALA searched Juan Baez for a listening device. Rather, since Ms. TOALA was on bond, and after hearing from Juan Baez' brother that Juan Baez may be carrying narcotics, Ms. TOALA searched Juan Baez in order to ensure he was not carrying anything that would cause her bond to be revoked–i.e. narcotics. Moreover, a close review of the conversation at issue reveals that Juan Baez stated he had $2,500 dollars, not $25,000.00 dollars. Additionally, on the day in question Ms. TOALA does not discuss money with Juan Baez.

**Paragraph No. 28:**

Ms. TOALA objects to the facts in the instant paragraph in so far as they suggest she recruited Juan Baez into the conspiracy. Ms. TOALA did not recruit Juan Baez into the conspiracy. Ms. TOALA did not recruit anyone into the conspiracy. Ms. TOALA also objects to the portion of the instant paragraph which suggests Ms. TOALA directed Ms. MORAN-SANCHEZ to work the TECS computer system and to take out the red flags against the couriers. Ms. TOALA did not do the latter.

Ms. TOALA further objects to the portion of the instant paragraph which states a mitigating role adjustment is not warranted. Ms. TOALA respectfully requests this Honorable Court to honor the plea agreement which recommends a downward adjustment based upon Ms. TOALA's minor role. The government is in the best position to make the

MARIA ELENA PÈREZ P.A.
145 MADEIRA AVENUE • SUITE 310 • CORAL GABLES, FLORIDA 33134
TEL. (305) 461-3100 • FAX (305) 461-3444

- 4 -

**UNITED STATES OF AMERICA v. ELIZABETH TOALA**
**CASE NO. 09-CR-60042-JIC**

latter recommendation and the parties would therefore request this Honorable Court to concur in the parties recommendation regarding Ms. TOALA's minor role.

It is important to emphasize that Ms. TOALA did not know the full extent of the instant conspiracy, nor was Ms. TOALA aware of the drug amounts involved, or the type of drugs involved. Ms. TOALA did not invest any of her own monies and she similarly was not involved in every entry of the various couriers. Ms. TOALA did not recruit anyone into this instant conspiracy. Ms. TOALA was likewise not involved in the distribution aspect of the narcotics at issue, nor did she have any interest in the sale of same. Ms. TOALA was only paid a nominal amount of money for her participation in the instant conspiracy. Additionally, Ms. TOALA had very limited contact with the leader of the instant conspiracy–Juan Baez.

**Paragraph No. 36:**

As stated *supra* in paragraph twenty-eight (28), Ms. TOALA objects to the instant paragraph in so far as said paragraph states a mitigating role adjustment is not warranted. Ms. TOALA respectfully requests this Honorable Court to honor the plea agreement which recommends a downward adjustment based upon Ms. TOALA's minor role. The government is in the best position to make the latter recommendation and the parties would therefore request this Honorable Court to concur in the parties recommendation regarding Ms. TOALA's minor role.

As aforementioned, Ms. TOALA did not know the full extent of the instant conspiracy, nor was Ms. TOALA aware of the drug amounts involved, or the type of drugs

MARIA ELENA PÈREZ P.A.
145 MADEIRA AVENUE • SUITE 310 • CORAL GABLES, FLORIDA 33134
TEL. (305) 461-3100 • FAX (305) 461-3444

- 5 -

**UNITED STATES OF AMERICA v. ELIZABETH TOALA**
**CASE NO. 09-CR-60042-JIC**

involved. Ms. TOALA did not invest any of her own monies and she similarly was not involved in every entry of the various couriers. Ms. TOALA did not recruit anyone into this instant conspiracy. Ms. TOALA was likewise not involved in the distribution aspect of the narcotics at issue, nor did she have any interest in the sale of same. Ms. TOALA was only paid a nominal amount of money for her participation in the instant conspiracy. Additionally, Ms. TOALA had very limited contact with the leader of the instant conspiracy–Juan Baez.

**Paragraph No. 38:**

The adjusted offense level should be 34 and not 38, as the two (2) level reduction for safety valve is not factored into the offense level, and the two (2) level downward departure for minor role is also not factored into the adjusted offense level.

**Paragraph No. 42:**

The total offense level should be 31, not 35, as the two (2) level reduction for safety valve is not factored into the offense level, and the two (2) level downward departure for minor role is also not factored into the adjusted offense level.

**MARIA ELENA PÈREZ P.A.**
145 MADEIRA AVENUE • SUITE 310 • CORAL GABLES, FLORIDA 33134
TEL. (305) 461-3100 • FAX (305) 461-3444

- 6 -

- 7 -

### UNITED STATES OF AMERICA v. ELIZABETH TOALA
### CASE NO. 09-CR-60042-JIC

WHEREFORE, the Defendant, ELIZABETH TOALA, respectfully requests this Honorable Court to grant the instant PSI Objections.

Respectfully Submitted,

S/ *Maria Elena Pérez*
MARIA ELENA PÉREZ
Florida Bar No. 0487910
MARIA ELENA PÉREZ, P.A.
145 Madeira, Suite 310
Coral Gables, Florida 33134
Tel.: (305) 461-3100
Fax: (305) 461-3444

MARIA ELENA PÈREZ P.A.
145 MADEIRA AVENUE • SUITE 310 • CORAL GABLES, FLORIDA 33134
TEL. (305) 461-3100 • FAX (305) 461-3444

- 7 -

- 8 -

<u>UNITED STATES OF AMERICA v. ELIZABETH TOALA</u>
CASE NO. 09-CR-60042-JIC

# <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was furnished to the Clerk of Court, AUSA Julia Vaglienti, Christopher Grillo, Esq., Omar F. Johansson, Esq., and Mrs. Sanchez via EM/ECF, this 3rd day of June, 2010.

Respectfully Submitted,

S/ *Maria Elena Pérez*
MARIA ELENA PÉREZ
Florida Bar No. 0487910
MARIA ELENA PÉREZ, P.A.
145 Madeira, Suite 310
Coral Gables, Florida 33134
Tel.: (305) 461-3100
Fax: (305) 461-3444

**MARIA ELENA PÈREZ P.A.**
145 MADEIRA AVENUE • SUITE 310 • CORAL GABLES, FLORIDA 33134
TEL. (305) 461-3100 • FAX (305) 461-3444

- 8 -